# SONG RAMIN PLLC

40-21 Bell Blvd., 2nd Fl
Bayside, New York 11361
T. 718.321.0770 | F 718.321.0799

2 University Plaza, Suite 100
Hackensack, NJ 07601
T. 551.502.0042 | F. 201.254.3353

Please reply to New York office

June 26, 2024

**Via ECF**
The Honorable Jennifer L. Rochon, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

> **Re:    DANSO v. AR KLEAN, LLC,**
> **Civil Action No.: 1:24-cv-03158-JLR**
> *Letter Motion For Adjournment of Deadlines and Extension of Time to Respond to Complaint*

Dear Judge Rochon:

We were recently retained and entered our appearance on behalf of Defendant AR KLEAN, LLC in the above-referenced ADA matter.  I write with the consent of Plaintiff's counsel to respectfully request an extension of time to respond to the Complaint and an adjournment of the deadlines provided by Your Honor in the Order dated April 29, 2024 (ECF. 4). The reason for this request is that the undersigned requires more time to become familiarized with the facts of this case and the parties need more time for the one hour minimum meet and conferral.  Thus, the parties respectfully request that the below deadlines be moved to the following dates:

| | | |
|---|---|---|
| Defendant's Time to Respond to Complaint | June 27, 2024 | August 16, 2024 |
| Meet and Conferral | July 8, 2024 | July 26, 2024 |
| Joint-Letter by Parties re: Results of Meet and Conferral | July 22, 2024 | August 5, 2024 |

There has been no prior requests for adjournment or extensions of time.  We thank Your Honor for the Court's time and attention to this request.

Very truly yours,

/s/ Farzad Ramin
Farzad Ramin

cc:    Client (Via Email)
       All Counsel of Record (Via NYSCEF)

The request is GRANTED.  The deadlines are adjourned to the dates indicated above.

**SO ORDERED.**

Dated:  June 27, 2024
        New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**